

**IN THE**
**TENTH COURT OF APPEALS**

No. 10-20-00038-CR
No. 10-20-00039-CR

**IN RE BRIAN LEE RINEHART**

**Original Proceeding**

**MEMORANDUM  OPINION**

Relator's petitions for writ of mandamus are denied.


JOHN E. NEILL
Justice

Before Chief Justice Gray,
          Justice Davis, and
          Justice Neill
Petitions denied
Opinion delivered and filed February 19, 2020
[OT06]

